```
                                                    FILED
                                                GREAT FALLS DIV.

                                                '06 NOV 20  AM 11 26

                                                PATRICK E. DUFFY, CLERK
                                                BY _____
                                                    DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ALLISON CHAPMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>KATHLEEN JENSEN,<br><br>                Defendant. | CV-06-88-GF-SEH<br><br>**ORDER** |

On November 1, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff is not entitled to a ten-day period to object to the Findings and Recommendation. Minetti v. Port of Seattle, 152 F. 3d 1113, 1114 (9th Cir. 1998). However, this Court will review Judge Ostby's Findings and Recommendations for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

---

[1] Document No. 4.

-1-

ORDERED:

1. The *In Forma Pauperis* Application is DENIED.

2. Plaintiff's Complaint[2] is DISMISSED WITH PREJUDICE.

DATED this 20th day of November 2006.

*Sam E Haddon*

SAM E. HADDON
United States District Judge

---

[2]Document No. 1.